

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF:

Theodore W. Swann, Jr.
aka Theodore N. Swann

   DEBTOR(S)

Case No.: 08-13137-WIL
Chapter 13

Bank of New York, as Trustee for the
Certificateholders of CWMBS, Series 2004-
R1, by Countrywide Home Loans, Inc.,
servicer, by BAC Home Loans Servicing,
L.P. fka Countrywide Home Loans Servicing,
L.P., Servicing Agent
   MOVANT
    vs.
Theodore W. Swann, Jr.
aka Theodore N. Swann

   RESPONDENT(S)

**CONSENT ORDER AND STIPULATION MODIFYING AUTOMATIC STAY**

TO THE HONORABLE, THE JUDGE OF SAID COURT:

  Upon consideration of the foregoing Motion Seeking Relief from Automatic Stay, the parties having reached an agreement, and good cause having been shown, by the United States Bankruptcy Court for the District of Maryland.

ORDERED that the Automatic Stay be, and it is, hereby terminated, pursuant to 11 U.S.C. 362(d), to permit Movant, its assigns and/or successors, to commence foreclosure proceedings in the Circuit Court for Charles County, Maryland against the real property and improvement known as 6290 Bowman Place, Indian Head, MD 20640 and that the successful purchasers shall take possession of the same; and be it further

ORDERED that the relief granted in the immediately proceeding paragraph be, and the same is hereby stayed, provided that the Debtor(s):

1. Resume(s) making regular monthly payments on December 1, 2009 of $1,062.61 or as adjusted for escrow changes and continue thereafter, as well as all other conditions and obligations under the terms of the Deed of Trust or Mortgage, and

2. Make(s) a payment of $466.56 for six (6) months beginning December 15, 2009 and continue through May 15, 2010. The total post-petition arrearage due from October, 2009 to November, 2009 is $2,799.31 which includes $650.00 bankruptcy legal fees, $150.00 filing fee and minus $125.91 in borrower's suspense.

Payments should be mailed to:
BAC Home Loans Servicing, LP
7105 Corporate Drive, Mail Stop PTX-C-35
Plano, TX 75024
Attn: Bankruptcy Department

Should the Debtor(s) fail to make any payment when due or should any payment be returned for insufficient funds, Movant shall file a Notice of Default with the Court. Said Notice shall provide copies to the Debtor(s) and Debtor(s)' attorney and allow the Debtor(s) ten (10) days from the date the Affidavit of Default is mailed to cure two (2) default(s) under this agreement. Any cure of an Affidavit of Default must be made in the form of a certified or cashier's check, or Western Union Quick Collect. No right shall be given to cure any ensuing default. In the event of a subsequent default and upon notice to Debtor(s), Debtor(s)' counsel and the Court the stay shall automatically terminate.

The ten (10) day stay of Bankruptcy Rule 4001(a)(3) is waived.

The parties agree that if the Debtor(s) converts this case to a Chapter 7, the Movant may immediately exercise all rights provided by the security instruments referenced in this Order and applicable state law.

| /s/Adam M. Freiman, Esquire | /s/ Richard J. Rogers |
|---|---|
| Adam M. Freiman, Esquire, Esquire | Richard J. Rogers, Esquire |
| Attorney for Debtor | Cohn, Goldberg & Deutsch, LLC |
| | 600 Baltimore Avenue, Suite 208 |
| | Towson, MD  21204 |
| | 410-296-2550 |
| | Fax: 410-296-2558 |
| | Email: bankruptcyecf@cgd-law.com |
| | Federal Bar #: 01980 (MD) |
| | Attorney for Movant |

     I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

|  |  |
|---|---|
|  | /s/ Richard J. Rogers_____ |
| Copies to: | Richard J. Rogers, Esquire |
|  | Cohn, Goldberg & Deutsch, LLC |
|  | 600 Baltimore Avenue, Suite 208 |
|  | Towson, MD  21204 |
|  | 410-296-2550 |
|  | Fax: 410-296-2558 |
|  | Email: bankruptcyecf@cgd-law.com |
|  | Federal Bar #: 01980 (MD) |
|  | Attorney for Movant |

Theodore W. Swann, Jr.

aka Theodore N. Swann
6290 Bowman Place
Indian Head, MD 20640

and respondent(s)' counsel:
Adam M. Freiman, Esquire, Esquire
1777 Reisterstown Road, Ste 360 E
Baltimore, MD 21208

Timothy P. Branigan, Trustee, Trustee
P.O. Box 1902
Laurel, MD 20725

Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204

                                            **End of Order**